OCT 07 2019

Clerk, U.S. Courts
District of Montana
Helena Division

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION


STEPHEN KELLY,
1006 Madison Ave.,
Helena, MT 59601,
    Plaintiff,

VS.

MONTANA DEPARTMENT OF
TRANSPORTATION, a State
entity, and, MIKE TOOLEY,
in his official capacity,
2701 Prospect Ave.,
Helena, MT 59601,
    Defendant(s).

(1)

## COMPLAINT

Comes now the plaintiff in the above styled action and does show cause for complaint as follows:

(1) This is an action sustained, by STEPHEN KELLY, hereinafter, plaintiff KELLY, and sues the defendant's jointly, the, MONTANA DEPARTMENT OF TRANSROR-TATION, a state entity, and, MIKE TOOLEY, in his official capacity, alleging: (a) Discrimination, (b) violation of freedom of religion, and, (c) violation of freedom of expression.

## NATURE OF THE CASE

(2) Defendant's are currently violating plaintiffs first amendment rights to, freedom of religion, and freedom of expression.

(3) Civil rights is an issue under 42 U.S.C. § 1983.

## PARTIES

(4) Plaintiff, STEPHEN KELLY, is a resident of the State of Montana, and is a subject of defendant's unconstit--utional act, and enforcement, of State highway exhibits such as a spiritual type

cross in memory of a dead family member as such.

(5) Governmental, defendant'S, MONTANA DEPARTMENT OF TRANSPOR-TATION, is a state entity, whom which obtains, a custom, policy, and practice, barring persons from placing a religous type cross along side a state highway.

(6) Defendant, MIKE TOOLEY, acts in his official capacity, as director of, the Montana department of transportation, and is an employee as such.

## JURISDICTION AND VENUE

(7) This court obtains subject matter jurisdiction

(4)

over this case pursuant to 42 U.S.C. § 1983.

(8) Joint defendant's, act under public policy as such.

STATEMENT OF FACTS

(9) Although this case, and this courts ruling will in fact affect a large majority of Montana citizen's, this is not a class action under F.R.C.P. 23, because plaintiff is proceeding, (Pro-Se).

(10) Plaintiff KELLY, had a step son whom which is now dead, and on September 19th, 2019, Plaintiff KELLY, did in fact place a spiritual, and, religous type

cross along side highway twelve in east Helena, (a state of Montana highway). Plaintiff KELLYS act is secured by the United States constitution, under the first amendment, (a) freedom of religion, and, (b) freedom of expression!

(11) Governmental, defendant's, the, Montana department of transportation, under the direction of defendant, TOOLEY, did in fact remove plaintiff KELLYS, cross, pursuant to a, custom, practice, and policy, which most certainy violates his civil liberties.

(12) Plaintiff KELLYS, constitutional rights are severely violated by defendant's, upon the

aspects of <u>discrimination</u>, where, for example, the defendant's do in fact permit private businesess to obtain bill board signs upon the Montana highway's!

(13) For the defendant's to not allow plaintiff **KELLY**, to post his <u>spiritual</u>, and <u>religous</u> type cross along side + Montana highway, severey violates his constitutional rights to, (a) <u>freedom of religion</u>, and, (b) <u>freedom of expression</u>.

(14) Legal standing, and plausability, does in fact exists, where plaintiff **KELLY**, did in fact place a telephone inquiry into the office of defendant's, as to his cross being removed by

(7)

the State, and he was directed by, defendant's, to refrain from placing another cross upon any, and all Montana highway's.

## CLAIM ONE

(15) Defendant's severoy, have violated plaintiffs constitutional Liberties, in discriminating against him, where they deprive him of placing a <u>religious, and spiritual</u> type cross upon a Montana State highwy, yet, defendant's do in fact permit private businesess to post bill board signs along side the highway's.

## CLAIM TWO

(16) Defendant's, have violated plaintiffs

constitutional liberties, to religious freedoms, where they deprive him of the placing of a spiritual type cross.

### CLAIM THREE

(17) Defendant's, have violated plaintiffs constitutional rights, where they deprive him of freedom of expression, in denying him of placing a spiritual type cross.

**WHEREFORE**, upon the premises considered, plaintiff respectfully request upon this honorable court for the entry of an order, (a) finding that declaratory judgment shall suffice that defendant's

custom, practice, and policy is unconstitutional. (b) The entry of an order enjoining defendant's from enforcing the unconstitu--tional practice. (c) award plaintiff with punitive damages in an amount as deemed appropriate by this court.

I declare under penalty of persury, the foregoing to be true and correct.

signed this 3rd day of October, 2019.

Stephen Kell
(signature of plaintiff)