UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STEPHEN KELLY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA DEPARTMENT OF TRANSPORTATION, and MALCOLM LONG, in his official capacity as DIRECTOR OF THE MONTANA DEPARTMENT OF TRANSPORTATION,<br><br>　　　　　　Defendant. | Case No. CV-19-67 -H-BMM<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED: Plaintiff's Complaint is DISMISSED with prejudice because Plaintiff has failed to assert a cognizable claim upon which relief may be granted. All pending motions are DENIED as moot.

　　　Dated this 23rd day of March, 2021.

　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　By: /s/ M. Stewart
　　　　　　　　　　　　　　　　M. Stewart, Deputy Clerk